**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6138**

———————

OLADAYO OLADOKUN,

                              Plaintiff - Appellant,

       versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CA-97-3957-AW)

———————

Submitted: March 26, 1998         Decided: April 9, 1998

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Oladayo Oladokun, Appellant Pro Se. Ranganath Manthripragada, Assistant United States Attorney, Jan Paul Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for return of property. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Oladokun</u>, No. CA-97-3957-AW (D. Md. Jan. 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2